JS-6

Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
HORIZON LINES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HORIZON LINES LLC, | ) Case No. CV10-3018 GAF (RZx) |
| Plaintiff, | ) **IN ADMIRALTY** |
| vs. | ) **JUDGMENT** |
| TRISTIN'S BROKERAGE, INC. | ) |
| Defendants. | ) |

PURSUANT TO THE CONFESSION OF JUDGMENT AND STIPULATION AMONG THE PARTIES, IT IS ADJUDGED that Horizon Lines LLC recover from Tristin's Brokerage Inc the amount of $33,274.78.

Dated: July 20, 2010          _____
                              Hon. Gary A. Feess
                              Untied States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28